**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 10-cv-02517-LTB-MEH

THOMASSON PARTNER ASSOCIATES, INC.,

      Plaintiff,

v.

TEMPLE MOUNTAIN ENERGY, INC.,

      Defendant.
_____

ORDER CONFIRMING ARBITRATION AWARD AND
ENTRY OF JUDGMENT ON AWARD
_____

THIS MATTER is before the Court on the parties' Stipulation to Confirm Arbitration Award. The Court, having reviewed the Stipulation and being fully advised in the premises, HEREBY ORDERS:

1. The August 19, 2010 Award in the arbitration of this matter before the American Arbitration Association is hereby CONFIRMED and made an Order of this Court; and

2. Judgment is hereby entered in favor of Thomasson Partner Associates, Inc. and against Temple Mountain Energy, Inc. as follows:

    a) Monetary judgment against Temple Mountain Energy, Inc. in the amount of $129,000.00;

    b) Temple Mountain Energy, Inc. is hereby ordered to execute an assignment of a 3% overriding royalty interest to Thomasson Partner Associates, Inc. in the Asphalt Ridge Lease, with an effective date preceding the date of first sales to Uintah County;

c) It is made an order that the material that Temple Mountain Energy, Inc. sells to Uintah County, pursuant to the Asphalt Ridge Lease, is included in those materials described in the compensation provisions of the Agreements entitling Thomasson Partner Associates, Inc. to a 3% overriding royalty.

Dated:   December 20, 2010.

BY THE COURT:

　　s/Lewis T. Babcock
Lewis T. Babcock, Judge